IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**CHANCE FRIDRIKSSON,**

    **Plaintiff,**

v.                                                                          **Case No. 1:21-cv-64-AW-ZCB**

**DEPUTY VILLEGAS, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Chance Fridricksson is a pro se prisoner. He contends his cellmate sexually assaulted him and that prison officials violated the Eighth Amendment by not preventing it. Two defendants have moved for summary judgment; a third moved to dismiss based on qualified immunity. ECF Nos. 27, 35. The magistrate judge issued a report and recommendation, concluding that I should grant those motions and that Fredricksson has abandoned his case. ECF No. 37. There has been no objection to the report and recommendation. I agree with the magistrate judge and will dismiss.

First, I agree that Fredricksson has abandoned his case and that his repeated failures to comply with court orders justify dismissal. Ordinarily, such a dismissal would be without prejudice. But because the movant defendants seek dismissal on the merits, I will address their motions.

Defendants Lieutenant Jamie Scott and Sergeant Carl Sudbury are entitled to summary judgment for the reasons the magistrate judge sets out. The summary

1

judgment record is such that no reasonable factfinder could side with Fredricksson. Summary judgment will enter in Scott and Sudbury's favor.

Defendant Deputy Villegas is entitled to qualified immunity for the reasons the magistrate judge explains. So he, too, will have judgment entered in his favor.

Claims against the remaining defendants—including defendant Alachua County Sheriff's Office—will be dismissed without prejudice because Fridricksson has abandoned his case.

It is now ORDERED:

1. The report and recommendation (ECF No. 37) is adopted and incorporated into this order, with the exception of footnote 1.

2. The motion for summary judgment (ECF No. 27) is GRANTED.

3. The motion to dismiss (ECF No. 35) is GRANTED.

4. The clerk will enter a judgment that says, "Plaintiff's claims against Defendants Carl Sudbury and Jamie Scott were resolved on summary judgment and are dismissed on the merits. Plaintiff's claims against Deputy Villegas are dismissed based on qualified immunity. Plaintiff's remaining claims are dismissed without prejudice as abandoned."

5. The clerk will close the file.

SO ORDERED on July 28, 2022.

s/ *Allen Winsor*<br>United States District Judge